ALLEN-KINGSTON MOTOR CAR COMPANY, Appellant, *v.* CONSOLIDATED NATIONAL BANK OF THE CITY OF NEW YORK, Defendant, and WILLIAM O. ALLISON et al., Respondents.

*Allen-Kingston Motor Car Co.* v. *Consolidated Nat. Bank, N. Y. City,* 162 App. Div. 178, affirmed.
(Argued December 17, 1917; decided January 8, 1918.)

APPEAL from a judgment entered May 20, 1914, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action for false

representations brought by the plaintiff corporation against the Consolidated National Bank and Messrs. Allison, Chapman and Lewis, based upon alleged false statements claimed to have been made by them at a meeting held on November 15,. 1907, concerning the financial condition of the New York Car and Truck Company. Plaintiff alleged that it delivered to said truck company money and property at the instance of the defendants, coupled with their assurance that the corporation was in " sound and solvent " business condition and able to carry out the contract which it was their purpose to induce it to enter into with that company, and as the result of their failure to disclose to him the true facts with respect to its business situation, namely, that it was incumbered with debts presently due, the greater part of which was owning to the defendants or the banks which they represented; that it was continuing in business only by their sufferance, and that not only was it not a sound and solvent concern, able to pay its debts in the ordinary course of business, but an enterprise tottering on the verge of bankruptcy, and bound to collapse unless the artificial financial support which their banks had supplied were continued and further support were afforded.

*Howard S. Gans* for appellant.

*Edward H. Green* and *Royall Victor* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.